# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GREGORY D. JENS,

        Petitioner,

v.                                      Case No. 07-CV-617

WARDEN JEFFREY P. ENDICOTT,

        Respondent.

## ORDER

On February 12, 2009, the court issued an Order (Docket #20) denying with prejudice petitioner's Petition for Writ of Habeas Corpus (Docket #1). On February 25, 2009, petitioner filed a Motion for Reconsideration (Docket #22). After careful review of petitioner's Motion for Reconsideration, the court finds no reason to depart from its previous ruling on the matter.

Accordingly,

**IT IS ORDERED** that petitioner's Motion for Reconsideration (Docket # 22) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 11th day of March, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge